UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTURY, LLC,<br><br>    Defendant. | Case No. 2:25-CV-390-GSL-AZ |

## ORDER

This matter is before the Court on Magistrate Judge Abizer Zanzi's report and recommendation, entered on December 11, 2025. [DE 9]. For the reasons fully explained in the report, Judge Zanzi recommends that the Court dismiss this action with prejudice pursuant to Plaintiff Roosevelt Bradley's Notice of Voluntary Dismissal [DE 7].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error. Accordingly, the Court **ADOPTS** Judge Zanzi's report and recommendation in full and orders that this action be **DISMISSED** with prejudice.

SO ORDERED.

ENTERED: December 30, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court